IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CYNTHIA ANN TALLENT )
) NO. 3-11-0558
v. ) JUDGE CAMPBELL
)
RICHARD ALAN PRESCOTT, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 20), to which no Objections have been filed. Plaintiff also has failed to file a response to the pending Motion to Dismiss (Docket No. 2) and failed to appear at the September 20, 2011 status conference, despite being specifically warned that failure to appear could result in the dismissal of this case. *See* Docket No. 16.

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, this action is DISMISSED for failure to prosecute, failure to comply with the Court's Order (Docket No. 16), and failure to appear at the status conference on September 20, 2011.

Any pending Motions are denied as moot, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE